IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

TARA M. CARMON,  )
              Plaintiff, )
                        ) Case No. 3:22-cv-00293-CLC-JEM
v. )
REPUBLIC PLASTICS LTD A/K/A )
REPUBLIC PLASTICS, L.P., )
              Defendant. )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant stipulate and agree to the dismissal of this action with prejudice and with each party to bear its own respective costs and attorneys' fees.

Respectfully submitted this 18th day of July, 2023.

**BURROW LEE, PLLC**

By: *s/Jason A. Lee (with express permission)*
Jason A. Lee (BPR # 22890)
651 S. Mt Juliet Rd, #194
Mount Juliet, TN 37122
Tel.: (615) 540-1005
Email: jlee@burrowlee.com
*Attorney for Plaintiff*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: s/*Luci L. Nelson*
Luci L. Nelson
The Ogletree Building
300 North Main Street
Greenville, SC 29601
Tel: (864) 271-1300
Email: luci.nelson@ogletree.com
*Attorney for Defendant Republic Plastics Ltd a/k/a Republic Plastics, L.P.*